IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| POST-CONFIRMATION COMMITTEE FOR SMALL LOANS, INC., | : : : : | |
| Plaintiff, | : : | |
| v. | : : | CASE NO.: 1:13-CV-195 (WLS) |
| W. DEREK MARTIN, as Executor of the Estate of Vance R. Martin, *et al.*, | : : : | |
| Defendants. | : : | |

## **ORDER**

Before the Court is Plaintiff's Satisfaction of Judgment Against Defendant Bradley D. Bellville. (Doc. 385.) The Court acknowledges on the record that the judgment (Doc. 358) has been satisfied as to all Defendants. (*See* Docs. 381, 385.)

**SO ORDERED,** this 5th day of March, 2019.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**